1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    JACK LECK II,

11                         Petitioner,

12            v.

13    DEPARTMENT OF CORRECTIONS et al.,

14                         Respondents.

CASE NO. 3:15-CV-05869-RJB-JRC

ORDER TO SHOW CAUSE

15        This case has been referred to United States Magistrate Judge J. Richard Creatura

16    pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.

17        Petitioner Jack Leck II filed a proposed 2254 habeas petition (Dkt. 1-1) and an

18    application to proceed *in forma pauperis* ("IFP") (Dkts. 1 and 4).  Petitioner's IFP application

19    indicates that he has an average monthly salary of $67.00 and that he has $125 in a checking

20    account. Dkt. 4. Because it appears that petitioner may have funds sufficient to pay the $5.00

21    filing fee, he should do so or provide the Court with an explanation of why he cannot.

22        Accordingly, petitioner is ordered to show cause why his IFP application should not be

23    denied on or before January 19, 2016. In the alternative, petitioner may pay the $5.00 filing fee

24

1   before that date. Failure to show cause or pay the amount shall be deemed a failure to properly

2   prosecute this matter and the Court will recommend dismissal of this matter.

3          Dated this 17th day of December, 2015.

4

5                                                    J. Richard Creatura
                                                     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2