UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK LECK, II,,

        Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS, ET AL.,

        Defendant.

CASE NO. 15-cv-05869 RJB JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    The Court denies petitioner's motion for *in forma pauperis*, because petitioner has paid the filing fee, making his IFP motion moot.

**DATED** this 1st day of February, 2016.

_____
ROBERT J. BRYAN
United States District Judge

ORDER - 1